IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL L. DUMONDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-948-WKW |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 6), and upon an independent review of the file, it is ORDERED that the Recommendation is adopted and that:

1.  United States' Motion to Dismiss, or in the Alternative, to Transfer (Doc. # 3) is GRANTED; and

2.  This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a), and the Clerk is directed to accomplish the same.

Done this 12th day of January 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE